UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| In Re: | ) | |
| --- | --- | --- |
| | ) | **Chapter 13 Proceeding** |
| Jeffrey & Joyce O'Barske | ) | |
| | ) | **Case No.  03-64816** |
| Debtors | ) | |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit $70.52 into U. S. Treasury Fund 6047BK for the following reason:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That James T. Walker PC filed a Proof of Claim on November 19, 2003.
3. That the Trustee sent payment and said payment in the amount of $70.52 in April 2010 which remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $70.52 into U.S. Treasury Fund 6047BK on behalf of creditor James T. Walker PC whose last known address was 6470 Rutledge Street, Merrillville, IN 46410.

/s/   Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2010 service of a true and complete copy of the above and foregoing pleading was sent electronically to the U.S. Trustee and the attorney for the Debtor and mailed by first class mail, postage prepaid, to the debtors at the following address:

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410
219-650-4015

Distribution:

Jeffrey and Joyce O'Barske, 2401 Sunnyslope Drive, Crown Point, IN 46307